JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE B. PLEYTEZ,<br><br>　　　　　　Petitioner,<br>　　vs.<br>D.K. JOHNSON, Warden,<br>　　　　　　Respondent.<br>_____ | Case No. CV 12-8892 JFW (MRW)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: July 8, 2013

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. JOHN F. WALTER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE