JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE B. PLEYTEZ,<br><br>          Petitioner,<br>  vs.<br><br>D.K. JOHNSON, Warden,<br><br>          Respondent.<br>_____ | Case No. CV 12-8892 JFW (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: July 8, 2013

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE